374 A.2d 723

Mele Construction Company, Inc. v. Lower Lackawanna Valley Sanitary Authority, Appellant.

Argued September 17, 1976. Joseph M. Reardon, for appellant; Thomas M. Hart, with him Michael J. Eagen, Jr., for appellee.

Judgment affirmed.

374 A.2d 723

Miller, Appellant, v. Gallatin.

Argued March 22, 1977. G. Clinton Fogwell, Jr., with him Reilly and Fogwell, for appellant; G. Eugene Beechwood, Jr., submitted a brief for appellee.

Judgment affirmed.